UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CESAR ARMANDO GONZALEZ,

    Petitioner,

-vs-                                                         Case No.  8:07-cv-343-T-17TGW

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

O R D E R

    Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus (Doc. No. 1) (hereinafter Petition) pursuant to 28 U.S.C. § 2254. Upon review of the record, it is clear that Petitioner has an action pending in state court concerning the challenged conviction.

    In recognition of the nature of comity between the national and state sovereignties in our federal system, this Court should give the state court an opportunity to rule on Petitioner's challenge to his judgment of conviction and sentence. Thus, this case will be dismissed without prejudice to give Petitioner the opportunity to complete his action in state court and to exhaust his state court remedies. See Rose v. Lundy, 455 U.S. 509 (1982); see also 28 U.S.C. § 2254(b)(1)(A).

Accordingly, the Court orders:

That Petitioner's petition is dismissed, without prejudice. The Clerk is directed to enter judgment against Petitioner and to close this case.

ORDERED at Tampa, Florida, on February 28, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Cesar Armando Gonzalez